THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *  CIVIL ACTION NO. 06-0230-CG-B |
| | * |
| **ONE 2000 JAGUAR S-TYPE,** | * |
| **VIN # SAJDA01C2YFL55379** | * |
| | * |
| **Defendant.** | * |

## ORDER OF FORFEITURE

This matter is before the court on plaintiff's Motion for Final Order of Forfeiture (Doc.14). For cause shown, the motion is granted.

On April 10, 2006, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, One (1) 2000 Jaguar S-Type, VIN# SAJDA01C2YFL55379, to enforce the provisions of Title 21, United States Code, Section 881(a)(6) and United States Code, Section 981(a)(1)(A), for the forfeiture of property involved in a transaction in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1957. Process was fully issued in this action for the forfeiture of the defendant property under the complaint.

Pursuant to the warrants of arrest in rem issued by the Clerk of Court on April 13, 2006, the defendant, One (1) 2000 Jaguar S-Type, VIN# SAJDA01C2YFL55379 was seized on July 27, 2006.

On April 27, 2006, a copy of the Complaint, Warrant and Summons were served on Alvin T. Knox notifying him of this seizure and forfeiture action, of his right to petition the court within thirty (30) days for a hearing to adjudicate the validity of his alleged interest in the

property, and of the intent of the United States to dispose of the property in accordance with the law.

On April 29, 2006, a copy of the Complaint, Warrant and Summons were served on Issac T. Holly, Mae W. Holly and Zendre Washington notifying them of their seizure and forfeiture action, of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law.

Notice of this seizure and forfeiture action, of the right of all third parties to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, was published in the Press-Register, a newspaper of general circulation in the Southern District of Alabama, on August 29, 30, 31 and September 4, 5 and 6, 2006.

All identifiable possible claimants were served.  All possible claimants have had adequate notice and time in which to file a claim and an answer.  No such claims or answers have been filed, and the filing deadline, of Supplemental Admiralty Rule C(6), have long since expired.

With no claims, answers, or pleadings having been filed in opposition to the forfeiture of said defendant, and there being no remaining issues, final disposition of this action is appropriate at this time.

**NOW, THEREFORE**, the court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1. This court has jurisdiction over the subject matter, and the amended complaint states a claim upon which relief may be granted.

2. In accordance with the verified complaint, the defendant, One (1) 2000 Jaguar S-

       Type, VIN# SAJDA01C2YFL55379, which was seized by the U.S. Marshal Service, is ordered to be forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 881(a)(6) and United States Code, Section 981(a)(1)(A).

3.     This Order resolving all matters and issues joined in this action, the Clerk of Court is direct to close this file for administrative and statistical purposes.

**DONE** and **ORDERED** this 13th day of March, 2007.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE