# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff,** | * |
| v. | *   **CIVIL ACTION NO. 06-0230-CG-B** |
| **ONE 2000 JAGUAR S-TYPE,** | * |
| **VIN # SAJDA01C2YFL55379** | * |
| **Defendant.** | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered this date, the defendant, One 2000 Jaguar S-Type, VIN #SAJDA01C2YFL55379, is forfeited to the plaintiff United States of America for disposition according to law.

**DONE** and **ORDERED** this 13th day of March, 2007

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE